### KETELTAS v. GILMOUR.

(City Court of New York, General Term.    November 20, 1894.)

BILL OF PARTICULARS—DISCRETION OF COURT.
    It is within the discretion of the court to require defendant to serve a bill of particulars of a counterclaim.

Appeal from special term.

Action by Henry Keteltas, as trustee, etc., against Robery M. Gilmour. From an order directing a bill of particulars in a counterclaim set up in the answer, defendant appeals. Affirmed.

Argued before EHRLICH, C. J., and McCARTHY, J.

P. Q. & F. L. Eckerson, for appellant.

Edward P. Schell, for respondent.

McCARTHY, J. This is an appeal from an order directing the defendant to serve a bill of particulars of the counterclaim set forth in his answer. I think the same was within the sound discretion of the court, and was properly allowed. Order is therefore affirmed, with costs.